# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Rothstein, Barbara J | 2. Court or Organization<br><br>Federal Judicial Center | 3. Date of Report<br><br>08/14/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US District Court Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>Federal Judicial Center<br>Washington, D.C. 20002 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X]   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X]   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2006 AUG 16 P 4: 43
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Rothstein, Barbara J | 08/14/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | The Rutter GroupSpeaker's Fee | $ 1,000 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Medical Faculty Associates, Wages |
| 2. 2005 | Self Employed Consultant Fees |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. The Rutter Group | Jan. 28-29, San Diego, CA Speaker-Fed. Trial Practice (Transportation, Meals, Lodging) |
| 2. American Law Institute-American Bar Assn | Mar. 2-4, Maui, HI, Speaking Engagement (Transportation, Meals, Lodging) |
| 3. American Bar Assn. | Mar. 31-Apr. 2, Phoenix, AZ, Speaker-Committee Meeting (Transportation, Meals, Lodging) |
| 4. American Bar Assn. | Apr. 21, New York, NY, Speaker-Annual Conference (Transportation, Meals, Lodging) |
| 5. American law Institute-American Bar Assn. | May 5-6, Boston, MA, Speaker-Opinion & Expert Testimony (Transportation, Meals, Lodging. |
| 6. The Rutter Group | May 29-Jun. 1, San Francisco, CA & Seattle, WA, Speaker-Federal Trial Practice (Transportation, Meals, Lodging) |

| Name of Person Reporting | Date of Report |
|---|---|
| Rothstein, Barbara J | 08/14/2006 |

| | |
|---|---|
| 7. Federal Circuit Bar Assn. | Jun. 22-25, Kiawah Island, SC, Meeting (Transportation, Meals, Lodging) |
| 8. National Center for State Courts | Jul. 14-15, Philadelphia, PA, Speaker-State Judges Mass Litigation Forum (Transportation, Meals, Lodging) |
| 9. National Center for State Courts | Sep. 13, Seattle, WA, Speaker-National Court Tech. Conference (Transportation, Meals, Lodging) |
| 10. The National Academies | Sep. 22-23, Woods Hole, MA, Meeting-Science, Tech. & Law (Transportation, Meals, Lodging) |
| 11. American Law Institute-American Bar Assn. | Sep. 25-26, Philadelphia, PA, Board Orientation Meeting (Transportation, Meals, Lodging) |

| Name of Person Reporting | Date of Report |
|---|---|
| Rothstein, Barbara J | 08/14/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Alaska Airlines | Credit Card | J |
| 2. | United | Credit Card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rothstein, Barbara J | 08/14/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Amcol Common | A | Dividend | J | T | | | | | |
| 2. El Paso Corp. | A | Dividend | J | T | | | | | |
| 3. Equitable Resources Common | A | Dividend | K | T | | | | | |
| 4. Microsoft Corp Common | E | Dividend | | | sell | 05/05 | M | F | |
| 5. Motorola Inc Common | A | Dividend | L | T | | | | | |
| 6. Freescale Semiconductor Inc. | | None | J | T | | | | | |
| 7. Oppenheimer Muni Bond Fd | C | Dividend | L | T | | | | | |
| 8. Rochester Fund Muni's Cl.A | C | Dividend | L | T | | | | | |
| 9. US Bancorp Account | B | Interest | J | T | | | | | |
| 10. Chevy Chase Bank Account | B | Interest | K | T | | | | | |
| 11. Provident Bank (formerly Wachovia Bank) | B | Interest | K | T | name change | | | | |
| 12. NA Properties Ltd Partnership | B | Rent | J | U | | | | | |
| 13. Rental House Bellevue(#1) (1990 $60,000) | D | Rent | L | R | | | | | |
| 14. Rental House Redmond (#2) 1999 $172,000) | E | Rent | M | R | | | | | |
| 15. Rental House Bellevue (#3) (1975 $148,000) | E | Rent | M | R | | | | | |
| 16. New Horizon Capital III, LP | | | K | T | buy | 06/05 | K | | |
| 17. *SEP PLAN: | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000
   (See Column C2)    Q =Appraisal    V =Other    S =Assessment    T =Cash Market
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Rothstein, Barbara J | 08/14/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. America Movil Ads | A | Dividend | M | T | | | | | |
| 19. Bank One Capital Trust VI | B | Interest | K | T | | | | | |
| 20. Elan Corp. Common | | None | K | T | | | | | |
| 21. Emulex Corp. Common | | None | K | T | | | | | |
| 22. Microsoft Corp. Common | D | Dividend | N | T | | | | | |
| 23. 3M Company | B | Dividend | L | T | | | | | |
| 24. XCel Energy | A | Dividend | J | T | | | | | |
| 25. PPL Corp. | A | Dividend | J | T | | | | | |
| 26. Applera Corp. Common | A | Dividend | K | T | | | | | |
| 27. Costco Wholesale Corp. Common | A | Dividend | K | T | | | | | |
| 28. Pimco Corporate Income Fund | C | Dividend | K | T | | | | | |
| 29. Putnam Managed High Yield Tr. | A | Dividend | K | T | | | | | |
| 30. Salomon Bros High Inc Fnd Common | B | Dividend | K | T | | | | | |
| 31. Starbucks Common | | None | N | T | | | | | |
| 32. Telefonos De Mexico Common | B | Dividend | L | T | | | | | |
| 33. Pennzoil Co Bonds | B | Dividend | K | T | | | | | |
| 34. Nuveen Quality Preferred Income FD | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Teva Pharmaceutical Inds. | A | Dividend | | | sell | 12/05 | K | | |
| 36. Bancorpsouth Cap Tr. Preferred | B | Interest | K | T | | | | | |
| 37. 3Com Corp Common | | None | J | T | | | | | |
| 38. Home Depot Inc. Common | A | Dividend | K | T | | | | | |
| 39. General Electric Co. Common | B | Dividend | K | T | | | | | |
| 40. Morgan Stanley Cap. Trust | B | Dividend | K | T | | | | | |
| 41. CHS Cooperatives Preferred | B | Dividend | K | T | | | | | |
| 42. Talk America Common | | None | J | T | | | | | |
| 43. CEF Government Fund | B | Dividend | K | T | | | | | |
| 44. CMS Energy | | None | J | T | | | | | |
| 45. Pioneer Floating Rate Trust (PHD) | B | Dividend | K | T | | | | | |
| 46. Eaton Vance Enhanced Equity Fund | B | Dividend | K | T | | | | | |
| 47. Eaton Vance Enhanced Equity Income Fd II | E | Interest | M | T | buy | 01/05 | M | | |
| 48. RMR Preferred Dividend Fund | B | Dividend | K | T | buy | 05/05 | K | | |
| 49. *PENSION TRUST | | | | | | | | | |
| 50. Dell, Inc | | None | J | T | | | | | |
| 51. ETrade Money Market Funds | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rothstein, Barbara J | 08/14/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Cybersource Corp. Common | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Rothstein, Barbara J | 08/14/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu                                                         Date  8/15/06

NOTE: AN INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544